UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Civil Docket No. 3:01CV1057 (CFD) |
| VS. | : |
| DERRICK M. MOSES, | : |
| Defendant. | : November 10, 2003 |

GOVERNMENT'S WITHDRAWAL OF
MOTION FOR EXAMINATION OF JUDGMENT DEBTOR

The Government filed its motion for examination of judgment debtor on July 16, 2003, which remains pending. The Government has re-evaluated the case since filing its motion for debtor examination, and has determined that an examination is no longer necessary at this time. Accordingly, the Government respectfully requests to withdraw its motion for examination of judgment debtor, without prejudice.

                        Respectfully submitted,

                        Kevin J. O'Connor
                        United States Attorney

                        // s //
                        William A. Collier
                        Assistant United States Attorney

                        For:

                        Christine Sciarrino
                        Assistant United States Attorney
                        P.O. Box 1824
                        New Haven, CT   06510
                        (203) 821-3780
                        Federal No. CT3393

<u>CERTIFICATION</u>

  This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 10th day of November, 2003, to:

Derrick M. Moses
605 Winchester Avenue
New Haven, CT   06511

            //   s   //
            WILLIAM A. COLLIER
            ASSISTANT UNITED STATES ATTORNEY