UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| United States of America, | : |
| Plaintiff, | : |
| v. | : DOCKET NO:3:01CV1057(CFD) |
| Derrick M. Moses, | : |
| Defendant. | : July 11, 2003 |

**MOTION FOR EXAMINATION OF JUDGMENT
DEBTOR AND FOR A HEARING ON DEFENDANT'S
<u>ABILITY TO PAY THE JUDGMENT</u>**

The Federal plaintiff in the above-entitled action represents:

1. That it recovered a judgment against the defendant, Derrick M. Moses, before the United States District Court, District of Connecticut, on September 13, 2001 for the sum of $7,307.78 plus damages, costs and interest.

2. On September 30, 2002 plaintiff served by mail a set of Post Judgment Interrogatories and Request for Production on the defendant, Derrick M. Moses. Although more than 30 days have passed since the service of said Interrogatories and Request for Production, the defendant has not filed any response, or requested extension of time.

Therefore, pursuant to Connecticut Practice Book § 13-20(b)(2), which provides that in the event of a debtor's failure to answer interrogatories, a debtor examination "shall be conducted before the judicial authority", and C.G.S. § 52-351b(c) and F.R.Civ.P.69(a) which authorize the Government to seek "supplemental discovery orders as may be necessary to ensure