01cv1057wwm

# UNITED STATES DISTRICT COURT

FILED

## DISTRICT OF CONNECTICUT

2003 NOV 10 P 1:16

US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Civil Docket No. 3:01CV1057 (CFD) |
| VS. | : | |
| DERRICK M. MOSES, | : | |
| Defendant. | : | November 10, 2003 |

### GOVERNMENT'S WITHDRAWAL OF MOTION FOR EXAMINATION OF JUDGMENT DEBTOR

The Government filed its motion for examination of judgment debtor on July 16, 2003, which remains pending. The Government has re-evaluated the case since filing its motion for debtor examination, and has determined that an examination is no longer necessary at this time. Accordingly, the Government respectfully requests to withdraw its motion for examination of judgment debtor, without prejudice.

Respectfully submitted,

Kevin J. O'Connor
United States Attorney

William A. Collier
Assistant United States Attorney

For:

Christine Sciarrino
Assistant United States Attorney
P.O. Box 1824
New Haven, CT   06510
(203) 821-3780
Federal No. CT3393

[handwritten margin note: Granted absent objection. So ordered. 8/2/04]

FILED 2004 AUG -3 P 3:30 U.S. DISTRICT COURT HARTFORD, CT

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 10th day of November, 2003, to:

Derrick M. Moses
605 Winchester Avenue
New Haven, CT   06511

*William A. Collier*
WILLIAM A. COLLIER
ASSISTANT UNITED STATES ATTORNEY